IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. RICKS, JR.,
ADC #116011                                                                    PLAINTIFF

v.                                    5:08CV00067HLJ

SGT. CLARK, et al.                                                          DEFENDANTS

## ORDER

This matter is before the Court on the defendants' motion for summary judgment (DE #38). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 12th day of January, 2009.

_____
United States Magistrate Judge